(SPACE BELOW FOR FILING STAMP ONLY)

1  MARK A. CAMPBELL (SB# 93595)
   RONALD R. ROUNDY (SB#276879)
2  **MURPHY, CAMPBELL, ALLISTON & QUINN**
   8801 Folsom Boulevard, Suite 230
3  Sacramento, CA  95826

4  Telephone: (916) 400-2300
   Fax: (916) 400-2311

5
   Attorneys for Defendants,
6  Art of Cigars, LLC and Eric M. Stanion

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10  JOE HAND PROMOTIONS, INC.,              Case No. 2:13-CV-01547-TLN-KJN

11              Plaintiff(s),

12       vs.                                **STIPULATION AND ORDER TO
                                            EXTEND TIME TO RESPOND TO
13  ROBERT R. KILEY, individually, and as an   COMPLAINT**
    officer, director, shareholder, and/or principal
14  of ART OF CIGARS LLC d/b/a ART OF
    CIGARS; ERIC M. STANION, individually, and
15  as an officer, director, shareholder, and/or
    principal of ART OF CIGARS LLC d/b/a ART
16  OF CIGARS; ART OF CIGARS LLC d/b/a ART
    OF CIGARS,                              Complaint Filed: July 30, 2013
17                                          Trial Date: N/A
                Defendant(s).
18

19       NOW COMES the Defendants, ART OF CIGARS LLC and ERIC M. STANION

20  (hereinafter, collectively the "Defendants"), by and through their attorneys of record,

21  MURPHY, CAMPBELL, ALLISTON & QUINN, and Plaintiff JOE HAND PROMOTIONS,

22  INC. (the "Plaintiff") by and through their attorneys of record, Venardi Zurada LLP, (Plaintiffs

23  and Defendants collectively, the "Parties"), who stipulate as follows:

24       1.    WHEREAS, on July 30, 2013, Plaintiff filed a Complaint in the United States

25  District Court for the Eastern District of California, Case No. 2:13-CV-01547-TLN-KJN  (the

26  "Action");

27       2.    WHEREAS, Defendants' initial response to Plaintiff's Complaint must have

28  been served and filed on or before September 13, 2013;

MURPHY, CAMPBELL, ALLISTON & QUINN

3.      WHEREAS, the Parties desire to further discuss settlement of the Action without further litigation;

4.      WHEREAS, the Parties agree, in good faith, and thus desire to extend Defendants' time to adequately respond to the Complaint and so as to prevent any prejudicial effects for not timely responding to the initial Complaint;

5.      WHEREAS, the Parties agree to extend the deadline for responding to the Complaint by up to twenty-eight (28) days after the initial response deadline, in compliance with Local Rule 144 and FRCP Rule 6;

6.      WHEREAS, all Parties that have so far appeared in the Action approve this stipulation and proposed order as to form, and certification of service is therefore not necessary pursuant to Local Rule 137 and FRCP Rule 5;

7.      WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by an order of this Court;

8.      NOW THEREFORE, it is stipulated by and between Plaintiff and Defendants, through their respective attorneys of record, as follows: Plaintiffs must file a response to Plaintiffs' Complaint on or before October 13, 2013.

IT IS SO STIPULATED.

DATED:  September 12, 2013          MURPHY, CAMPBELL, ALLISTON & QUINN


By:      /s/ Mark A. Campbell
Mark A. Campbell
Ronald R. Roundy
Attorneys for Defendants, Art of Cigars, LLC and
Eric M.  Stanion


DATED:  September 12, 2013          VENARDI  ZURADA LLP


By:      /s/  Martin Zurada
Martin Zurada
Attorneys for Plaintiffs,
Joe Hand Promotions, Inc.

MURPHY, CAMPBELL, ALLISTON & QUINN

**IT IS SO ORDERED.**

Dated: September 13, 2013

Troy L. Nunley
United States District Judge